IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEREMY D. HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv716-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant city of Montgomery's motion for summary judgment (Doc. 23) is granted.

(2) Judgment is entered in favor of defendant city of Montgomery and against plaintiff Jeremy D. Harrison, with plaintiff Harrison taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Harrison, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of December, 2023.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE